AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Yankin Jiang and Hanlin Yang | )  Case No.  5:24 MJ 17 |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2023 to present_____ in the county of ___Centre, Luzerne, elsewhere___ in the
___Middle___ District of ___Pennsylvania___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1349 Conspiracy to Commit Wire Fraud | On or about and between August 2023 and the present, in Centre, Luzerne and Clinton Counties, and elsewhere, the defendants, did knowingly, intentionally and unlawfully conspire with each other, and with others known and unknown, to commit the crime of wire fraud, in violation of 18 U.S.C. Section 1349. |

This criminal complaint is based on these facts:

See Attached Affidavit of Probable Cause

FILED
WILKES BARRE

FEB 21 2024

PER _____ DEPUTY CLERK

☑ Continued on the attached sheet.

_Tyler Matthew_
Complainant's signature

Special Agent Tyler Matthew, HSI
Printed name and title

Sworn to before me and signed ~~in my presence.~~ by reliable electronic means.

Date: _Feb. 21, 2024_

_Joseph F. Saporito, Jr._
Judge's signature

City and state: ___Wilkes-Barre, PA___   Joseph F. Saporito, Jr. Chief U.S. Magistrate Judge
Printed name and title